# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163067(51)(53)

POWER WELLNESS MANAGEMENT, LLC,
          Petitioner-Appellee,
and

CHELSEA HEALTH & WELLNESS
FOUNDATION, doing business as 5 HEALTHY
TOWNS FOUNDATION,
          Intervenor-Appellee,

v

CITY OF DEXTER,
          Respondent-Appellant.
_____/

SC: 163067
COA: 352226
Tax Tribunal: 18-001383-TT

On order of the Chief Justice, the motion of respondent-appellant to extend the time for filing its reply is GRANTED. The reply submitted on August 2, 2021, is accepted as timely filed. On further order of the Chief Justice, the motion of the Michigan Municipal League to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 3, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2021



Clerk